# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRENNA REGO, et al.,<br><br>　　　　　Defendants. | **1:17-cv-01273-GSA PC**<br><br>**ORDER RE PLAINTIFF'S NOTICE REGARDING MAIL**<br>**(ECF No. 7.)**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF COPY OF DOCKET SHEET** |

Michael B. Williams ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on September 25, 2017. (ECF No. 1.)

On December 22, 2017, Plaintiff filed a notice regarding his mail. (ECF No. 7.) Plaintiff advises the court that the defendants named in the Complaint are withholding Plaintiff's legal documents mailed to him by the clerk of this court as well as from the clerk of the United States Court of Appeals for the Ninth Circuit. Plaintiff does not request the court to take any action. As a courtesy, the court shall direct the Clerk of Court to mail Plaintiff a copy of the docket sheet for this case, so that he can see which documents have been filed and served to date.

Accordingly, the Clerk of Court IS HEREBY DIRECTED to send Plaintiff a copy of the docket sheet for this case.

IT IS SO ORDERED.

　Dated:　**January 8, 2018**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE